IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF HARNDEN,

        Plaintiff,                              CV F 05 1274 AWI WMW   P

   vs.                                     ORDER RE MOTION (DOC 10 )

A. SCRIBNER, et al.,

        Defendants.

      Plaintiff is has requested an extension of time in which to file objections to the findings and recommendations entered on June 13, 2006.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:**   **August 9, 2006**                /s/  William M. Wunderlich
j14hj0                                          UNITED STATES MAGISTRATE JUDGE

1