UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HARNDEN, | CV F 05-1274 AWI WMW P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13) |
| vs. | |
| A. SCRIBNER, et al., | **ORDER DENYING MOTION FOR INJUNCTIVE RELIEF** (Doc. 6) |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 10, 2006, the Magistrate Judge filed Findings and Recommendations that recommended Plaintiff's motion for injunctive relief be denied.  The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days.   On September 1, 2006, Plaintiff filed objections.

In accordance with the provisions of 28 U.S.C.§ 636(b)(1)(C) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.   The court is unable to issue any order against individuals who are not parties to a suit

1

1 pending before it. Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100 (1969).  As
2 explained by the Magistrate Judge, no complaint has been served on Defendants.  "A federal
3 court may issue an injunction if it has personal jurisdiction over the parties and subject matter
4 jurisdiction over the claim; it may not attempt to determine the rights of persons not before the
5 court." Zepeda v. United States I.N.S., 753 F.2d 719, 727 (9th Cir.1983).  Before a federal court
6 may exercise personal jurisdiction over a defendant, there must be notice to the defendant, a
7 constitutionally sufficient relationship between the defendant and the forum, and a basis for the
8 defendant's amenability to service of summons. Omni Capital International Ltd. v. Rudolf Wolff
9 & Co., Ltd., 484 U.S. 97, 104 (1987).  Because defendants have not yet been served with the
10 complaint, the court lacks jurisdiction to enter any injunction directed toward defendants.

11     Accordingly, IT IS HEREBY ORDERED that:

12     1.    The Findings and Recommendations, filed August 10, 2006, are ADOPTED IN
13 FULL; and,

14     2.    Plaintiff's motion for injunctive relief (Document #6) is DENIED.

16 IT IS SO ORDERED.

17 **Dated:**   **September 26, 2006**       **/s/ Anthony W. Ishii**
   0m8i78                                   UNITED STATES DISTRICT JUDGE