IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF HARNDEN,

       Plaintiff,                                 CV F 05 1274 LJO WMW PC

   vs.                                         ORDER RE FINDINGS AND
                                                 RECOMMENDATIONS (#25)

A. K. SCIBNER, et al.,

       Defendants.

Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at Corcoran State Prison, brings this civil rights action against defendant correctional officials employed by the Department of Corrections at Corcoran State Prison.  The

conduct alleged in this lawsuit occurred while Plaintiff was housed at Corcoran.

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g).

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement. All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted. Harnden v. Ayers, C 99-2138; Harnden v. Arcata, C 97-4210 CW; Harnden v. Del Norte County Sheriff's Dept., C 96-4086 CW.   Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent danger of serious physical injury.   There are no such facts alleged in this case.

Accordingly, On December 7, 2007, an order to show cause was issued, directing Plaintiff to show cause why his application to proceed in forma pauperis should not be denied pursuant to 28 U.S.C. § 1915(g). Plaintiff failed to respond to the order to show cause. On February 19, 2008, findings and recommendations were entered, recommending    that Plaintiff's application to proceed in forma pauperis be denied and Plaintiff be directed to pay the filing fee in full.

On March 6, 2008, Plaintiff filed objections to the findings and recommendations.   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on

1  February 19, 2008, are adopted in full; and

2      2. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g).

3      3. Plaintiff is directed to submit, within thirty days of the date of service of this order, the $350 filing fee for this action in full.  Plaintiff's failure to do so will result in dismissal of this action pursuant to Local Rule 11-110 for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   March 24, 2008**              /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE